IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Exide Holdings, Inc., *et al.*,[1]<br><br>                                Debtors. | Chapter 11<br><br>Case No. 20-11157 (CSS)<br><br>(Jointly Administered) |
| Peter Kravitz, as GUC Trustee of the GUC Trust of Exide Holdings, Inc.,<br><br>                                Plaintiff,<br><br>vs.<br><br>Environmental Recovery Services, Inc.,<br><br>                                Defendant. | Adv. No.: 21-50621 |

**ORDER REOPENING ADVERSARY PROCEEDING AND VACATING
THE ENTRY OF DEFAULT JUDGMENT**

Upon the stipulation (the "Stipulation") of Peter Kravitz, as GUC Trustee of the GUC Trust of Exide Holdings, Inc. (the "Plaintiff") and Environmental Recovery Services, Inc. (the "Defendant") for entry of an Order reopening adversary proceeding and vacating the entry of default and default judgment and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that the above-captioned adversary proceeding is re-opened; and it is further

ORDERED, that the entry of default entered as docket item number 15 is hereby VACATED; and it is further

ORDERED, that the default judgment entered as docket item number 16 is hereby VACATED.

Dated: February 17th, 2022
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Exide Holdings, Inc. (5504), Exide Technologies, LLC (2730), Exide Delaware LLC (9341), Dixie Metals Company (0199), and Refined Metals Corporation (9311). The Debtors' mailing address is 13000 Deerfield Parkway, Building 200, Milton, Georgia 30004.